An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

SFR INVESTMENTS POOL 1, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,

           Appellant,

vs.

OCWEN LOAN SERVICING, LLC, A
DELAWARE LIMITED LIABILITY
COMPANY,

           Respondent.

No. 65469

**FILED**

DEC 2 9 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER GRANTING MOTION FOR REMAND AND DISMISSING APPEAL*

The parties have filed a joint motion to dismiss this appeal and remand this matter to the district court pursuant to *Huneycutt v. Huneycutt*, 94 Nev. 79, 575 P.2d 585 (1978); *see also Foster v. Dingwall*, 126 Nev. 49, 228 P.3d 453 (2010). The motion is accompanied by an order of the district court certifying that upon remand it is inclined to "vacate its . . . Order denying [appellant's] motion for preliminary injunction" and "enter an order consistent with the recent SFR opinion, and continue litigation in light of that opinion."

Cause appearing, we grant the joint motion. Accordingly, we remand this matter to the district court pursuant to its certification, and we order this appeal dismissed. This dismissal is without prejudice to appellant's right to file a motion to reinstate this appeal should the

14-42228

district court decline to grant the relief requested.[1] Any such motion to reinstate this appeal shall be filed within 60 days of the district court's order declining to grant the requested relief. The parties' joint motion for an extension of time to file the answering brief and their request to stay the briefing schedule are denied as moot.

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:  Hon. Stefany Miley, District Judge
     Howard Kim & Associates
     Wright, Finlay & Zak, LLP/Las Vegas
     Eighth District Court Clerk

---

[1]We note that any aggrieved party may file a notice of appeal from any appealable order entered at the completion of the district court proceedings. *See* NRAP 3A.